

FILED
1/21/2026 TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Parker Gardner-Erickson (312) 371-5276

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 26CR26 |
| v. | The Honorable Laura K. McNally |
| BARBARA SEMIRAMES NUNES DA SILVA | Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, EILEEN MCDERMOTT, appearing before United States Magistrate Judge Laura K. McNally by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that BARBARA SEMIRAMES NUNES DA SILVA has been charged by Indictment in the Southern District of Florida with the following criminal offense: unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

EILEEN MCDERMOTT
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 21st day of January, 2026.

LAURA K. MCNALLY
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BARBARA SEMIRAMES NUNES DA SILVA<br>*Defendant.* | )<br>)<br>)  Case No. **25-CR-60234-DAMIAN/VALLE**<br>)<br>) |

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By___ *BryanMartinez*
Deputy Clerk
Date___ **Oct 1, 2025**

FILED BY___ **BM** ___D.C.
**Oct 1, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BARBARA SEMIRAMES NUNES DA SILVA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlicensed Money Transmitting Business, Title 18, United States Code, Section 1960

Date: 10/1/25

*BryanMartinez*
*Issuing officer's signature*

City and state: Miami, Florida

Angela E. Noble CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: BARBARA SEMIRAMES NUNES DA SILVA

Known aliases:

Last known residence: ███████████████████

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: BRAZIL

Date of birth: 08/27███

Social Security number:

Height: 5'0  Weight: 154

Sex: FEMALE  Race:

Hair:  Eyes: BROWN

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Office of Financial Regulations ███████████████████

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60234-DAMIAN/VALLE
CASE NO. _____
18 U.S.C. § 1960
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

BARBARA SEMIRAMES NUNES DA SILVA,

Defendant.
_____/

FILED BY __BM__ D.C.

Oct 1, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

1. Pursuant to Title 18, United States Code, Section 1960(b)(2), the term "money transmitting" includes transferring funds on behalf of the public by any and all means including, but not limited to, transfers within this country or to locations abroad by wire, check, draft, facsimile, or courier.

2. Title 18, United States Code, Section 1960(b)(1)(A) requires money transmitting businesses which affect interstate or foreign commerce in any manner or degree to possess an appropriate money transmitting license from the State in which they operate.

3. At all times relevant to this Indictment, money transmitters operating in the State of Florida were required to register under Florida law, and operating a money

1

transmitting business without authorization was punishable as a felony under Florida law.

4. At no time relevant to this Indictment did the defendant **BARBARA SEMIRAMES NUNES DA SILVA** register with the State of Florida or obtain a license from the State of Florida to operate a money transmitting business.

5. Beginning on and around October 1, 2020, and continuing until on or about November 2, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BARBARA SEMIRAMES NUNES DA SILVA,**

did knowingly, conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business, as that term is defined in Title 18, United States Code, Section 1960(b), by transferring funds within this country and from locations abroad, on behalf of the public by any and all means including couriers, which affected interstate and foreign commerce, and which was operated without an appropriate money transmitting license in a State, that is, Florida, where such operation was punishable as a felony, and failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code and the regulations prescribed thereunder, in violation of Title 18, United States Code, Sections 1960(a) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BARBARA SEMIRAMES NUNES DA SILVA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1960,

2

as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(l).

All pursuant to Title 18, United States Code, Section 982(a)(l), and the procedures set forth in Title 21, United States Code Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

BRUCE D. BROWN
For JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

GERMAINE A. CORPREW
ASSISTANT UNITED STATES ATTORNEY

3